✎GAM 35　　　　　　**Report and Order Terminating Supervised Release**
(Rev. 2/06)　　　　　　**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   5:12-CR-00044-004 (MTT) |
| **CHAD MINTER** | |

On October 30, 2019, the supervised release period of 36 months commenced. Having complied with the rules and regulations of supervised release, Minter has met the criteria for early termination as outlined in the *Guide to Judiciary Policy*; Volume 8; Part E; Chapter 3 as approved by the Administrative Office of the United States Courts and is no longer in need of supervision.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*Donald Coneway, Sr.*
　　　　　　　　　　　　　　　　　Donald L. Coneway, Sr.
　　　　　　　　　　　　　　　　　Supervising U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

　　Dated this ___9th___ day of ___August___, 2021.

　　　　　　　　　　　　　　　　　s/Marc T. Treadwell
　　　　　　　　　　　　　　　　　MARC T. TREADWELL
　　　　　　　　　　　　　　　　　CHIEF U.S. DISTRICT JUDGE